On petition for review filed December 13, 1995, petition for review allowed; decision of Court of Appeals vacated; case remanded to Court of Appeals for further consideration April 11, 1996

MARK DAVIS,
*Petitioner on Review,*

*v.*

Manfred (Fred) MAASS,
Superintendent,
Oregon State Penitentiary,
*Respondent on Review.*

(CC 93C10371; CA A84947; SC S42865)

913 P2d 1383

Michael E. Rose, of Multnomah Defenders, Inc., Portland, filed the petition for petitioner.

No appearance *contra*.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of *State v. Cole*, 323 Or 30, 912 P2d 907 (1996).